



★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00429-CV

## IN RE ANDRES HOLDING CORP.
f/k/a Andres Construction Services, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   November 26, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relator's petition for a writ of mandamus and is of the opinion

the relator is not entitled to the relief sought. Accordingly, relator's petition for a writ of

mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2006-CI-02919, styled *Capstone Corporation, Inc. v. Andres Holding Corp., f/k/a Andres Construction Services, Inc. v. Villaje Del Rio, Ltd.., et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Michael Peden presiding. However, the challenged order was signed by the Honorable Martha Tanner, presiding judge of the 166th Judicial District Court, Bexar County, Texas.